FILE COPY



# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

February 18, 2015

Maureen Shelton
District Attorney
Wichita County Courthouse
900 7th Street
Wichita Falls, TX 76301
* DELIVERED VIA E-MAIL *

Brett W. Hale
Law Office of Brett W. Hale
P.O. Box 98
Iowa Park, TX 76367
* DELIVERED VIA E-MAIL *

RE:      Court of Appeals Number:    02-15-00028-CV
                                          02-15-00029-CV
        Trial Court Case Number:    38979-LR
                                            38993-LR-D

Style:     In the Matter of A.J.W.

On February 13, 2015, this court issued a letter stating that the appellant's brief in cause number 02-15-00028-CV had been filed and setting the deadline for the appellee's brief in that cause number for Monday, February 23, 2015.

On February 17, 2015, the appellant's brief in cause number 02-15-00029-CV was filed.

The deadline for appellee's brief in cause number 02-15-00028-CV is reset to match the deadline for appellee's brief in cause number 02-15-00029-CV. The appellee's briefs in both cause numbers are now due on **Friday, February 27, 2015**. The appellee may address both causes together in the same brief.

You will be notified when a submission date has been set.

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:   Shoshanna Cordova, Deputy Clerk